IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ISAIAH REELS | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| BLANCHE CARNEY, et al. | : | NO. 18-5377 |

## ORDER

AND NOW, this 28th day of January, 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

### ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **SUMMARILY DISMISSED**;

2. Petitioner's claims are **DISMISSED WITHOUT PREJUDICE** as unexhausted in the state courts; and

3. A certificate of appealability is not granted.

BY THE COURT:

/s/ Gerald A. McHugh
GERALD A. MCHUGH,     J.